# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2006

130763

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE FRANK SICURELLO, JR., KENNETH
PENLEY, II, and COLE TRISTAN PENLEY,

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

        SC: 130763
        COA: 264566
        Berrien CC
        Family Division: 04-000096-NA

DANA M. PENLEY,
        Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0404

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2006

                Clerk